**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | |
| | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Civil Action No. 04-CV-5261 (DMC) |
| STRATASYS, INC. and OBJET | : | |
| GEOMETRIES, LTD., | : | |
| | : | |
| Defendants. | : | |

This matter coming before the Court upon motion by Defendant Stratasys, Inc. ("Stratasys") to transfer venue to the United States District Court for the District of Minnesota; the Court having heard oral argument on the motion on May 3, 2005; Stratasys and Defendant Objet Geometries, Ltd. having stipulated to certain facts on the record; and for the reasons stated by the Court on the record at oral argument;

IT IS on this 3rd day of May, 2005,

ORDERED that Stratasys' motion to transfer venue to the District of Minnesota is **granted**.

   s/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Date:      May 3, 2005
Original:   Clerk's Office
Copies:    All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.
           File